FILED _____ LODGED
_____ RECEIVED

NOV 3 0 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                            DEPUTY

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| LDK SOLAR CO., LTD.<br>Plaintiff/Petitioner | Cause #: C09-5077-BHS |
| vs.<br>SILICON & SOLAR, L.L.C.,<br>Defendant/Respondent | Declaration of Service of:<br>SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; |
| | Hearing Date: Dec 3 2009 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Nov 20 2009 9:40AM at the address of 800 5TH AVE SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon BANK OF AMERICA, N.A. by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with JEFF VAIL SUBPOENA COORDINATOR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: November 24, 2009 at Seattle, WA



by _____
         J. Bradford

Service Fee Total: $ 42.64

09-CV-05077-CERT

RIGINAL
OF SERVICE

Page 1 of 1

7873.0001
Betts, Patterson
701 Pike St, #1400
Seattle, WA  98101
206 292-9988